# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVERY DENNISON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-cv-00372-GMS |
| | ) | |
| 3M COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND PROPOSED ORDER
## TO STAY CASE PENDING REEXAMINATION OF THE PATENT-IN-SUIT

WHEREAS, the Complaint in this case was filed on May 3, 2010;

WHEREAS, on May 4, 2010, defendant 3M Company filed a petition for reexamination of United States Patent No. 7,709,071 (the "'071 patent"), which is the patent in suit in this litigation;

WHEREAS, the United States Patent and Trademark Office ("USPTO") has designated the reexamination petition for the '071 patent as Reexamination No. 95/001,351;

WHEREAS, the parties have not begun substantial litigation of this case other then the filing of the Complaint;

WHEREAS, the parties have agreed that conservation of the resources of the Court, and the party resources, would be best served by a stay of this litigation pending the reexamination of the '071 patent; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

a. the case shall be stayed until the completion of Reexamination No. 95/001,351;

b. the parties shall provide the Court with a one page joint letter no later than 6 months following the entry of this Order regarding the status of Reexamination No. 95/001,351; and every 6 months thereafter until the Reexamination is completed, including the exhaustion of any applicable appeals; and

c. the parties shall promptly report to the Court upon completion of Reexamination No. 95/001,351, including the exhaustion of any appeals, and state the parties' positions as to whether a status conference or scheduling conference shall be set, and whether continued litigation of the matters set forth in the Complaint is sought.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ Francis DiGiovanni* | */s/ William J. Marsden Jr.* |
| Francis DiGiovanni (#3189) | William J. Marsden, Jr. (#2247) |
| Connolly Bove Lodge & Hutz LLP | Fish & Richardson P.C. |
| The Nemours Building | 222 Delaware Avenue, 17th Floor |
| 1007 North Orange Street | P.O. Box 1114 |
| P.O. Box 2207 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | Tel.: (302) 778-8401 |
| Tel.: (302) 658-9141 | marsden@fr.com |
| fdigiovanni@cblh.com | |
| | *Attorneys for 3M Company* |
| *Attorneys for Avery Dennison Corp.* | |

SO ORDERED this \_\_\_\_ of July, 2010,

_____
Chief United States District Judge