

**Francis DiGiovanni**
**Partner**
frank.digiovanni@novakdruce.com

August 27, 2013

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

    Re:    *Avery Dennison Corp. v. 3M Co.*, Civil Action No. 1:10-cv-00372-GMS

Dear Chief Judge Sleet:

    Pursuant to the Court's Order staying this case pending the reexamination of the patent-in-suit (D.I. 8) ("the Stay Order"), the parties jointly report on the status of the *inter partes* reexamination proceedings as follows:

    Reexamination Control No. 95/001,351 for U.S. Patent No. 7,709,071 has proceeded. Specifically, on February 28, 2013, the PTO issued a Non-Final Office Action in view of the patent owner's Request for Continued Reexamination (RCR).  On March 28, 2013, the patent owner filed proposed amendments and substantive arguments in a Response to the Non-Final Office Action (Response).  On April 26, 2013, the third party requestor filed its comments responding to the patent owner's Response.

    Should the Court have any questions, the parties will make themselves available at the Court's convenience.  If not, the parties will provide another update no later than six months from today, consistent with the Stay Order.

    Respectfully submitted,

*/s/ Francis DiGiovanni*                                                    */s/ William J. Marsden, Jr.*

Francis DiGiovanni                                                    William J. Marsden, Jr.
Novak Druce Connolly Bove + Quigg LLP       Fish & Richardson P.C.
Attorneys for Plaintiff                                            Attorneys for Defendant

cc:    Clerk of the Court (via ECF)
        5328909v1